UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:05-cv-872-SEB-VSS |
| vs. | ) | |
| | ) | |
| DR. ALAN SCHREIBER, ZABECOR | ) | |
| PHARMACEUTICAL COMPANY, LLC, and | ) | |
| THE TRUSTEES OF THE UNIVERSITY OF | ) | |
| PENNSYLVANIA, | ) | |
| | ) | |
| Defendants. | ) | |

## **ENTRY**

On March 7, 2006, the Court issued an entry staying its decision on Defendants' Motion to Dismiss pending a ruling by the United States District Court for the Eastern District of Pennsylvania on Eli Lilly's motion to dismiss or transfer to Indiana in a separate, but nearly identical cause of action filed in Pennsylvania. Having been informed that the Pennsylvania court recently ruled and applying the general rule in patent cases favoring the forum of the "first-filed" action, this action is hereby DISMISSED without prejudice. A separate judgment will issue.

IT IS SO ORDERED.

Date: 03/31/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Cory Stephen Brundage
cb@brundagelaw.com

L. Scott Burwell
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
scott.burwell@finnegan.com

Jan M. Carroll
BARNES & THORNBURG LLP
jan.carroll@btlaw.com

Mark Jeremy Feldstein
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
mark.feldstein@finnegan.com

David S. Forman
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
david.forman@finnegan.com

Charles Edmund Lipsey
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
charles.lipsey@finnegan.com

Joseph Lucci
WOODCOCK WASHBURN LLP
lucci@woodcock.com

Laura P. Masurovsky
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
laura.masurovsky@finnegan.com

Robert Francis McCauley
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
robert.mccauley@finnegan.com

Raymond T. Seach
RILEY BENNETT & EGLOFF LLP
rseach@rbelaw.com