UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:05-cv-872-SEB-VSS |
| vs. | ) | |
| | ) | |
| DR. ALAN SCHREIBER, ZABECOR | ) | |
| PHARMACEUTICAL COMPANY, LLC, and | ) | |
| THE TRUSTEES OF THE UNIVERSITY OF | ) | |
| PENNSYLVANIA, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

The Court having issued its entry, it is adjudged that this action is dismissed without prejudice. Each side to bear its own costs.

IT IS SO ORDERED.

Date: __03/31/2006__

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Cory Stephen Brundage
cb@brundagelaw.com

L. Scott Burwell
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
scott.burwell@finnegan.com

Jan M. Carroll
BARNES & THORNBURG LLP
jan.carroll@btlaw.com

Mark Jeremy Feldstein
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
mark.feldstein@finnegan.com

David S. Forman
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
david.forman@finnegan.com

Charles Edmund Lipsey
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
charles.lipsey@finnegan.com

Joseph Lucci
WOODCOCK WASHBURN LLP
lucci@woodcock.com

Laura P. Masurovsky
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
laura.masurovsky@finnegan.com

Robert Francis McCauley
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
robert.mccauley@finnegan.com

Raymond T. Seach
RILEY BENNETT & EGLOFF LLP
rseach@rbelaw.com